1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   NICOLE M. KIM (NYBN 4435806)
5  Assistant United States Attorney

6  450 Golden Gate Avenue
   San Francisco, California
7  Telephone: (415) 436-6401
   Facsimile: (415) 436-6982
8  E-Mail: nicole.kim@usdoj.gov

9  Attorneys for the United States of America

**FILED**
JUN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3   08   70381

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
|---|---|---|
| v. | ) ) ) ) ) ) ) ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| LAMONT ARDELL YOUNG, | | |
| Defendant. | | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 23, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

☐ Criminal Complaint

X  Other (describe): <u>Petition for Warrant or Summons for Offender under Supervision</u> pending in the <u>Eastern District of California</u>, Cr. No.: 04-426 GEB

1

1 | In that case, the defendant's initial offense was a violation of 18 U.S.C. 922(g) (felon in
2 | possession of a firearm), and in the instant offense, he is charged with violating the terms and
3 | conditions of his supervised release resulting from his initial offense.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: June 24, 2008

NICOLE M. KIM
Assistant U.S. Attorney

Case 2:04-cr-00426-GEB   Document 32 *SEALED* (Court only)   Filed 08/13/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RECEIVED
UNITED STATES
07 AUG 13 PM 2:10
EASTERN DISTRICT
OF CALIFORNIA

FID
679333

USA,

v.                                    **WARRANT FOR ARREST**

LAMONT ARDELL YOUNG,
                                      Case Number: 2:04-CR-00426-GEB

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Lamont Ardell Young,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)


in violation of Title  18    United States Code, Section(s)  3606

R. Matson                           Deputy Clerk
Name of Issuing Officer             Title of Issuing Officer

[signature]                         8/13/07        Sacramento
Signature of Issuing Officer        Date and Location

Bail fixed at - $0                  by  Judge Garland E. Burrell Jr.

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

06 23 08                  M REESE, Deputy Sheriff
Date Received             Name and Title of Arresting Officer

_____           _____
Date of Arrest            Signature of Arresting Officer