

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 17, 2008

Office of the Clerk
U.S. District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

**RECEIVED**

JUL 23 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

Case Name:     US v Lamont Ardell Young
Case Number:   3-08-70381 MAG
Charges:       18:3606 Supervised Release Violation

Dear Clerk:

   The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria-Elena James. The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
   ( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
   original Rule 45 affidavit
   original minute orders
   certified copy of *AO 94, Commitment to Another District*

   Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk